AO 442    (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Western_____  District of  _____Texas_____

UNITED STATES OF AMERICA

V.

Andre Moreno O'Brien

## WARRANT FOR ARREST

Case Number:  1:17CR00142-001  RP

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Andre Moreno O'Brien _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment       ☐ Information       ☐ Complaint       ☐ Order of court

☐ Pretrial Release        ☐ Probation         X  Supervised Release       ☐ Violation Notice
   Violation Petition          Violation Petition          Violation

charging him or her with   (brief description of offense)

☐ in violation of Title   18   United States Code, Section(s)   3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

 in violation of the conditions of his or her supervision imposed by the court.

_____Phillip J. Devlin_____
Name of Issuing Officer

_____Clerk, U.S. District Court_____
Title of Issuing Officer

_____Katherine Wallace_____
Signature of Issuing Officer

January 10, 2024  Austin, Texas
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at: | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |